# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE DIVISION

| | | |
|---|---|---|
| ABIGAIL ALLS, | ) | |
|      **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.** |
| | ) | **JURY DEMANDED** |
| | ) | |
| FEDERAL EXPRESS CORPORATION, | ) | |
|      **Defendants.** | ) | |

## COMPLAINT

Plaintiff, (hereinafter "Plaintiff and/or Ms. Alls"), files this Complaint for damages for sexual harassment and hostile work environment against Defendant, Federal Express Corporation, (hereinafter "Defendant," "Federal Express," or "FedEx").

The Plaintiff would state and avers as follows:

## I.    <u>JURISDICTION AND VENUE</u>

1. The actions and activities by Defendant Federal Express Corporation relevant to the Plaintiff's claim occurred solely in the State of Tennessee.

2. The cause of action for sexual harassment/ hostile work environment lies within the jurisdiction of this Court and therefore this Court would have jurisdiction for said cause of action by virtue of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.* The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331 and 1343 and 38 U.S.C. § 4323. Plaintiff has filed a timely charge with the Equal Employment Opportunity Commission ("EEOC") (attached hereto as *Exhibit A*) and a Notice of Right to Sue was issued on May 31, 2023 (attached hereto as *Exhibit B)*. This action is timely filed.

3. Venue is proper in this District in that the Plaintiff is a resident of this District and was employed by the Defendant in this District. The cause of action arose in this District within the meaning of 28 U.S.C. § 1391.

## II. PARTIES

4. Plaintiff, Abigail Alls, residing at 323 Mimosa Circle, Maryville, TN 37801, is and has been at all times herein a resident of the State of Tennessee.

5. Defendant, Federal Express Corporation, 2003 Corporate Avenue, Memphis, Tennessee 38132, is a Delaware corporation doing business in the State of Tennessee and has offices in the State of Tennessee with headquarters in Memphis, Tennessee. The Defendant, Federal Express, at all times material herein employed in excess of 501 employees. The Defendant may be served with service of process through its agent for service of process at CT Corporation, 300 Montvue Road, Knoxville, Tennessee, 37919.

## III. FACTS

6. Federal Express hired Ms. Alls, a female, on January 31, 2021, as a full-time courier working at the Knoxville Tennessee Station.

7. Throughout much of her employment with Federal Express, Ms. Alls was subjected to severe and pervasive sexual harassment by Marcus Caldwell (hereafter "Caldwell"), a long-term, full-time employee of Federal Express, making optimal work performance for Ms. Alls a virtual impossibility. While sexually harassing Ms. Alls, Caldwell was her supervisor.

As her supervisor, Caldwell could, among other things, impact her workload, whether heavy or light; add stops from neighboring routes to keep her out delivering longer; add pick-ups

2

from other routes or delivery stops she should not have; exchanging her vehicle making it more difficult for her to deliver from a rental vehicle rather than her box truck; change her daily routes; which affected her pay. As her supervisor, Caldwell also had considerable influence of a decision to terminate her employment.

8. Ms. Alls' complaint about Mr. Caldwell was initially reported to Federal Express management on September 16, 2021. The complaint included horribly inappropriate behavior such as unsolicited sexual advances, displaying sexually suggestive photographs, including text messages and verbal comments and offering money for sex.

9. In response to Caldwell's behavior, Ms. Alls reported the harassment to management at Federal Express, on September 16, 2021, and September 17, 2021, and by doing so exercised reasonable care to correct the harassing conduct.

11. Ms. Alls also reported the sexual harassment to the Federal Express Human Resources department at Federal Express on November 3, 2021, as dictated by the Defendant's policies.

10. On November 18, 2021, Ms. Alls followed up with various management level Federal Express employees to inquire about the status of her complaints of sexual harassment by Caldwell. It was apparent at that time that Federal Express had not exercised reasonable care to prevent and correct the harassing conduct. At that time, Ms. Alls informed the Federal Express Human Resources representative that she had still heard nothing about the investigation., but that the harasser, Caldwell, was discussing the investigation with Federal Express employees and was spreading lies about her with her co-workers.

12. Federal Express acknowledged Ms. Alls' report, but, no corrective action was taken by Federal Express, other than transferring Mr. Caldwell as her direct supervisor, which did not

3

occur until February 27, 2022, approximately six months from her initial complaint and three months from submitting her complaint to the Defendant's Human Resources Department.

13. Ms. Alls has seen a therapist and has been prescribed Zoloft and Celexa to relieve nightmares, daymares, and anxiety caused by Caldwell's harassment and the failure of Federal Express to take timely action.

14. The sexual harassment perpetrated by Caldwell upon Ms. Alls was so pervasive and serious that it impacted Ms. Alls' ability to perform her job. She is uncomfortable with males in a work setting and has an extreme psychological injury.

15. Ms. Alls submits the Court should find that Federal Express has violated Title VII of the Civil Rights Act of 1964.

## IV. CAUSE OF ACTION OF ABIGAIL ALLS

### A. Sexual Harassment

16. Reiterating and incorporating herein as stated verbatim the foregoing paragraphs Ms. Alls alleges that she was sexually harassed by Caldwell which caused a hostile and offensive work environment and that the response to her complaints by Federal Express violates the Title VII of the Federal Civil Rights Act and was totally inadequate and in disregard of her rights.

17. Ms. Alls was sexually harassed while employed at Federal Express by Caldwell. The repeated acts by Caldwell constitute a "hostile environment" which sufficiently supports a claim of sexual harassment as defined in United States Supreme Court cases.

18. Said harassment has resulted in extreme emotional injury to Ms. Alls.

19. Federal Express's response to said harassment violates federal law and is in disregard of the Plaintiff's rights.

4

## V. DAMAGES

20. Ms. Alls alleges that as a result of Ms. Alls' sexual harassment by her supervisor Mr. Caldwell, Federal Express's response to the reports of sexual harassment by Caldwell, she has sustained injuries for which Plaintiff should be compensated.

21. As a result of the injuries, Ms. Alls alleges that she is entitled to a recovery of $300,000.00 in damages from Federal Express under Title VII of the Federal Civil Rights Act.

22. Ms. also alleges that she is entitled to attorney fees as a result of this claim.

WHEREFORE, Plaintiff Alls requests that the Defendant Federal Express be required to answer forthwith these allegations and that the Court order judgment in favor of Plaintiff Abigail Alls, including her attorney fees.

RESPECTFULLY SUBMITTED this _____ day of August, 2023.

_____
JOE COSTER, BPR# 6202
Attorney for Plaintiff, Abigail Alls

_____
SARAH B. SMITH, BPR# 031967
Attorney for Plaintiff, Abigail Alls

COSTNER | GREENE, PLLC
315 High Street
Maryville, TN 37804
Phone: 865-983-7642
Fax: 865-981-1260
Email: joecostner@costnergreene.com

5